UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES RICHARD FOERSTER, JR.,

    Plaintiff,

v.                                                                           Case No. 8:19-cv-450-T-24CPT

ANDREW M. SAUL, Commissioner
of Social Security,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

This cause is before me on referral for consideration of the Commissioner's *Unopposed Motion for Entry of Judgment with Remand*. (Doc. 15). By way of his motion, the Commissioner seeks an Order remanding the case pursuant to sentence four of 42 U.S.C. § 405(g). In support of this request, the Commissioner asserts: "On remand, the Commissioner will: (1) re-evaluate the medical opinion evidence from Dr. Douglas Walsh, Jr.; (2) re-evaluate Plaintiff's Residual Functional Capacity; and (3) if necessary, obtain supplemental evidence from a vocational expert to clarify the effect of the assessed (or reassessed) limitations on Plaintiff's occupational base." *Id*. at 1. The Commissioner represents that the Plaintiff does not object to the requested remand. *Id.*

Sentence four of section 405(g) provides that "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner . . . with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). In a sentence four remand, the appropriate procedure requires the court to enter a final judgment in favor of the plaintiff. *Shalala v. Schaefer*, 509 U.S. 292, 296-97 (1993).

In light of the above, I recommend that the Court enter an Order:

1. granting the Commissioner's motion (Doc. 15);

2. reversing and remanding this action for further proceedings before the Commissioner consistent with the above;

3. directing the Clerk of Court to enter Judgment in the Plaintiff's favor and to close the case; and

4. retaining jurisdiction on the matter of attorney's fees and costs pending further motion.

Respectfully submitted this 24th day of October 2019.

_____
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

## **NOTICE TO PARTIES**

A party has fourteen (14) days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections, or to move for an extension of time to do so, waives that party's right to challenge on appeal any unobjected-to factual finding(s) or legal conclusion(s) the District Judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636(b)(1).

Copies to:
Honorable Susan C. Bucklew, United States District Judge
Counsel of record