UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES RICHARD
FORESTER, JR.,

    Plaintiff,

v.                                CASE NO. 8:19-CV-450-T-CPT

ANDREW SAUL,
Commissioner of Social
Security,

    Defendant.
_____/

## **ORDER**

This cause comes before the Court on Defendant's Unopposed Motion for Entry of Judgment with Remand. (Doc. No. 15). This motion was considered by the United States Magistrate Judge, pursuant to a specific order of referral. Magistrate Judge Tuite has filed his report recommending that the motion be granted. (Doc. No. 16). Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that:

    (1)    The Magistrate Judge's Report and Recommendation (Doc. No. 16) is adopted and incorporated by reference in this Order of the Court.

(2) Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. No. 15) is **GRANTED**.

(3) The Court reverses and remands the action for further proceedings before the Commissioner.

(4) The Clerk is directed to enter judgment in favor of Plaintiff and to close the case.

**DONE AND ORDERED** at Tampa, Florida, this 25th day of October, 2019.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record