UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES RICHARD FOERSTER, JR.,

    Plaintiff,

v.                                                      Case No. 8:19-cv-450-T-24 CPT

ANDREW M. SAUL,
Commissioner of Social Security,

    Defendant.
_____/

**O R D E R**

    This cause comes before the Court for consideration of Plaintiff's Consent Motion for Attorneys' Fees. (Doc. No. 19). This motion was considered by the United States Magistrate Judge, pursuant to a specific order of referral. Magistrate Judge Tuite has filed his report recommending that the motion be granted. (Doc. No. 20). All parties were furnished copies of the Report and Recommendation. However, since the motion is unopposed and the Magistrate Judge recommended that the motion be granted, the Court assumes that no objections will be filed. Therefore, upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED AND ADJUDGED that:

    (1)    The Magistrate Judge's Report and Recommendation (Doc. No. 20) is adopted and incorporated by reference in this Order of the Court.

    (2)    Plaintiff's Consent Motion for Attorneys' Fees (Doc. No. 19) is **GRANTED**.

(3) Plaintiff is awarded attorneys' fees in the amount of $8,036.

(4) The Commissioner's remittance of this amount shall be made payable to Plaintiff in accordance with <u>Astrue v. Ratliff</u>, 560 U.S. 586, 598 (2010). If the government concludes that Plaintiff does not owe any debt to the government, the Commissioner may honor the assignment of fees to Plaintiff's attorneys.

DONE AND ORDERED at Tampa, Florida, this 31st day of January, 2020.

*[signature]*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Christopher P. Tuite
Counsel of Record